| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Mark, Robert A. | 2. Court or Organization U.S. Bankruptcy Court S.D. FL | 3. Date of Report 06/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

| 7. Chambers or Office Address 301 N. Miami Avenue 4th Floor Miami, FL 33128 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Miami Jewish Home and Hospital |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 06/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Mark Collection |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/05/2015 - 02/07/2015 | Grand Cayman Island, Cayman Islands | Non-FJC educational seminar or program | Transportation, meals, lodging |
| 2. | Bankruptcy Bar Association | 05/07/2015 - 05/10/2015 | Bonita Springs, FL | Activity of professional association or civic organization | Transportation, meals, lodging |
| 3. | Turnaround Management Association | 05/28/2015 - 05/29/2015 | Palm Coast, FL | Activity of professional association or civic organization | Transportation, meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 06/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. "Trust 1" Northern Trust Bank - 1 | | None | J | T | | | | | |
| 2. "Trust 1" TKE Partners | | None | J | W | | | | | |
| 3. "Trust 2" Northern Trust Bank - 2 | | None | O | T | | | | | |
| 4. "Trust 1" Northern Trust Bank - 3 | | None | J | T | | | | | |
| 5. "Trust 1" Mark Collection | | None | K | W | | | | | Note #1 |
| 6. "Trust 1" Northern Trust Bank - 4 | | None | J | T | | | | | |
| 7. "Trust 1" Northern Trust Bank - 5 | | None | J | T | | | | | |
| 8. "Trust 1" Northern Trust Bank - 14 | | None | J | T | | | | | |
| 9. "Trust 1" Northern Fds Multi-Manager Emerging Markets Equity | A | Int./Div. | J | T | Buy (add'l) | 03/18/15 | J | | |
| 10. "Trust 1" Northern Fds Stock Index Fd | A | Int./Div. | K | T | Buy (add'l) | 03/18/15 | K | | |
| 11. "Trust 1" MFC Flexshares TR Iboxx 3 year Target | | None | J | T | Buy (add'l) | 03/20/15 | J | | |
| 12. "Trust 1" MFC Flexshares TR Morningstar Global | A | Int./Div. | J | T | Buy (add'l) | 04/06/15 | J | | |
| 13. "Trust 1" Northern Funds Fixed Income Fd | A | Int./Div. | J | T | Buy (add'l) | 03/18/15 | J | | |
| 14. | | | | | Sold (part) | 09/16/15 | J | | |
| 15. | | | | | Sold (part) | 10/21/15 | J | | |
| 16. "Trust 1" Northern Funds Multi-Manager Global Real Estate | A | Int./Div. | J | T | Buy (add'l) | 03/31/15 | J | | |
| 17. | | | | | Sold (part) | 10/21/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "Trust 1" Northern Funds Small Cap Core Fund | | None | J | T | Buy (add'l) | 03/18/15 | J | | |
| 19. "Trust 1" Northern Multi-Manager High Yield Opportunity Fd | A | Int./Div. | J | T | Buy (add'l) | 03/18/15 | J | | |
| 20. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 21. "Trust 1" Northern Multi-Manager Intl Equity Fd | | None | K | T | Buy (add'l) | 03/18/15 | J | | |
| 22. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 23. "Trust 1" Northern Multi-Manager Mid Cap Fd | A | Int./Div. | J | T | Buy (add'l) | 03/18/15 | J | | |
| 24. "Trust 1" Northern Multi-Manager Small Cap Fd | A | Int./Div. | J | T | | | | | |
| 25. "Trust 1" Northern Multi-Manager Global Listedinfrastructure Fund | | None | J | T | Buy (add'l) | 03/31/15 | J | | |
| 26. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 27. "Trust 1" Northern Funds BD Index Fd | | None | J | T | Buy | 07/20/15 | J | | |
| 28. "Trust 2" Encore Nursing Centers | | None | J | W | | | | | |
| 29. "Trust 2" US Bancorp | C | Int./Div. | M | T | | | | | |
| 30. "Trust 2" Northern Trust Bank - 8 | | None | J | T | | | | | |
| 31. "Trust 2" Northern Trust Bank - 9 | | None | J | T | | | | | |
| 32. "Trust 2" Northern Trust Bank - 10 | | None | J | T | | | | | |
| 33. "Trust 2" Unitedhealth Group Inc | | None | | | Sold (part) | 01/12/15 | L | E | |
| 34. | | | | | Sold | 03/05/15 | N | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. "Trust 2" Target | C | Int./Div. | | | Sold (part) | 07/21/15 | M | F | |
| 36. | | | | | Sold | 07/28/15 | M | E | |
| 37. "Trust 2" Northern Trust Bank - 11 | | None | J | T | | | | | |
| 38. "Trust 2" Northern Trust Bank - 12 | | None | K | T | | | | | |
| 39. "Trust 2" Northern Trust Bank - 15 | | None | K | T | | | | | |
| 40. "Trust 2" AT&T Inc Com | D | Int./Div. | M | T | | | | | |
| 41. "Trust 2" Patterson Cos Inc Com | D | Int./Div. | N | T | | | | | |
| 42. "Trust 2" Pepsico Inc Com | D | Int./Div. | M | T | | | | | |
| 43. "Trust 2" Deutsche Telekom | D | Int./Div. | M | T | | | | | |
| 44. "Trust 2" Total SA | D | Int./Div. | M | T | Buy (add'l) | 07/20/15 | L | | |
| 45. "Trust 2" Daimler AG | D | Int./Div. | N | T | | | | | |
| 46. "Trust 2" Kohl's Corp | D | Int./Div. | M | T | | | | | |
| 47. "Trust 2" Tupperware Brands Corporation | D | Int./Div. | M | T | Buy (add'l) | 07/20/15 | L | | |
| 48. "Trust 2" Verizon Communications | D | Int./Div. | M | T | Buy (add'l) | 07/20/15 | M | | |
| 49. "Trust 2" Bed Bath Beyond Inc | | None | | | Sold | 12/31/15 | M | | |
| 50. "Trust 2" Check Pt Software Technologies | | None | | | Sold (part) | 02/04/15 | L | E | |
| 51. | | | | | Sold (part) | 07/21/15 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. "Trust 2" Check Pt Software Technologies | | | | | Sold | 07/28/15 | L | E | |
| 53. "Trust 2" Credit Accep Corp Mich | | None | | | Sold (part) | 07/21/15 | M | G | |
| 54. | | | | | Sold | 07/28/15 | M | F | |
| 55. "Trust 2" NCR Corp | | None | M | T | | | | | |
| 56. "Trust 2" The Priceline Group Inc | | None | N | T | | | | | |
| 57. "Trust 2" Visa Inc | A | Int./Div. | | | Sold (part) | 07/21/15 | M | F | |
| 58. | | | | | Sold | 07/28/15 | L | E | |
| 59. "Trust 2" Edwards Lifesciences Corp Com | | None | M | T | | | | | |
| 60. "Trust 2" General Electric Co | D | Int./Div. | M | T | | | | | |
| 61. "Trust 2" Bank New York Mellon Corp | B | Int./Div. | M | T | Buy | 07/20/15 | M | | |
| 62. "Trust 2" Dow Chemical Co | C | Int./Div. | M | T | Buy | 03/05/15 | M | | |
| 63. "Trust 2" Generac Hldgs Inc | | None | | | Buy | 03/05/15 | M | | |
| 64. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 65. | | | | | Sold | 08/12/15 | M | | |
| 66. "Trust 2" Maiden Holdings Ltd | | None | L | T | Buy | 12/31/15 | L | | |
| 67. "501 Eagle" Unitedhealth Group Inc | | None | | | Sold | 03/05/15 | L | E | |
| 68. "501 Eagle" Wells Fargo & Co. | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. "501 Eagle" Northern Trust Bank - 13 | | None | K | T | | | | | |
| 70. "501 Eagle" AT&T Inc Com | B | Int./Div. | K | T | | | | | |
| 71. "501 Eagle" Patterson Cos Inc Com | B | Int./Div. | L | T | | | | | |
| 72. "501 Eagle" Pepsico Inc Com | B | Int./Div. | L | T | | | | | |
| 73. "501 Eagle" Deutsche Telekom | B | Int./Div. | L | T | | | | | |
| 74. "501 Eagle" Total SA | B | Int./Div. | K | T | | | | | |
| 75. "501 Eagle" Daimler AG | B | Int./Div. | L | T | | | | | |
| 76. "501 Eagle" Kohl's Corp | B | Int./Div. | K | T | | | | | |
| 77. "501 Eagle" Tupperware Brands Corporation | B | Int./Div. | K | T | | | | | |
| 78. "501 Eagle" US Bancorp | B | Int./Div. | L | T | | | | | |
| 79. "501 Eagle" Verizon Communications | B | Int./Div. | K | T | | | | | |
| 80. "501 Eagle" Bed Bath Beyond Inc | | None | | | Sold | 12/31/15 | J | | |
| 81. "501 Eagle" Check Pt Software Technologies | | None | | | Sold | 07/21/15 | K | D | |
| 82. "501 Eagle" Credit Accep Corp Mich | | None | | | Sold | 07/21/15 | L | E | |
| 83. "501 Eagle" Edwards Lifesciences Corp Com | | None | L | T | | | | | |
| 84. "501 Eagle" General Electric Co | B | Int./Div. | K | T | | | | | |
| 85. "501 Eagle" Bank New York Mellon Corp | | None | K | T | Buy | 07/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. "501 Eagle" Dow Chemical Co | B | Int./Div. | K | T | Buy | 03/05/15 | K | | |
| 87. "501 Eagle" Generac Hldgs Inc | | None | | | Buy | 03/05/15 | K | | |
| 88. | | | | | Sold | 08/12/15 | K | | |
| 89. "501 Eagle" The Priceline Group Inc | | None | L | T | Buy | 07/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 06/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1 Part VII, line 5: The Mark Collection is a Limited Liability Company beneficially owned by a member of my family. The company provides services and owns jewelry and gift items which are sold directly or on consignment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert A. Mark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544